MARY A. BEARD, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Beard* v. *City of New York,* 119 App. Div. 894, appeal dismissed.
(Submitted November 18, 1907; decided December 3, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

May 10, 1907, which affirmed an order of Special Term overruling the answer as frivolous and directing judgment for plaintiff.

*Francis K. Pendleton, Corporation Counsel (James D. Bell* and *Jerome W. Coombs* of counsel), for appellant.

*Ralph James M. Bullowa* and *Sutherland D. Smith* for respondent.

Appeal dismissed, with costs, on the ground that this is an appeal from an order only and not from any judgment finally determining the action ; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: O'BRIEN, J.